IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02422-MEH

BRENDA JONES,

    Plaintiff,

v.

FEDERAL BOND AND COLLECTION SERVICE, INC.,

    Defendant.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Notice of Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) [filed October 17, 2014; docket #7]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 20th day of October, 2014.

                                                BY THE COURT:

                                               *Michael E. Hegarty*

                                               Michael E. Hegarty
                                               United States Magistrate Judge